UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRANK VALENTINO,

                                        **Plaintiff,**                          25-CV-09180 (AT)(SN)

      -against-                                                **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                       **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. All deadlines in this case, including the deadline to file the Electronic Certified Administrative Record, shall be extended by the number of days between September 30, 2025 and the restoration of federal funding.

**SO ORDERED.**

                                                                         */s/ Sarah Netburn*
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:      November 10, 2025
                 New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:* _____
*DATE FILED:* 11/10/2025