UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRANK VALENTINO,

                            Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

------------------------------------------------------------------X

25-CV-09180 (AT)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding. Absent further order by the Court, Defendant shall file the Electronic Certified Administrative Record by no later than Monday, January 4, 2026.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    November 18, 2025
               New York, New York