UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANK VALENTINO,

                     Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.

------------------------------------------------------------X

25-CV-09180 (AT)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

      The Court's Order at ECF No. 8 provides the incorrect deadline for Defendant to file the Electronic Certified Administrative Record. Absent further order by the Court, Defendant shall file the Electronic Certified Administrative Record by no later than Tuesday, February 17, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 18, 2025
                 New York, New York