UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK VALENTINO,<br><br>                    Plaintiff,<br><br>      -against-<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>                   Defendant. | 25 CIVIL 09180 (SN)<br><br>**<u>JUDGMENT</u>** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 16, 2026, this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new bearing, and issuance of a new decision. See Shalala v. Schaefer, 509 U.s.292 (1993).

**Dated:**   New York, New York
           June 17, 2026

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

**BY:**

                                                **Deputy Clerk**